GREENBERG, Appellant, v. GOLDBERG & GREENBERG, Inc., Respondent. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Abraham Greenberg against Goldberg & Greenberg, Incorporated. H. R. Elias, of New York City, for appellant. E. Fixman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to amend on payment of costs. Order filed. See, also, 150 N. Y. Supp. 1088.

In re GREENWOOD. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) In the matter of William Greenwood, an attorney. No opinion. Motion granted.

GRIFENHAGEN et al., Respondents, v. WHILDEN & HANCOCK, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by Max S. Grifenhagen, as Sheriff, etc., and others, against Whilden & Hancock. A. Massey, of New York City, for appellant. L. J. Wolff, of Brooklyn, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

In re GRIFFIN. (Supreme Court, Appellate Division. First Department. April 1, 1915.) In the matter of Francis H. Griffin. No opinion. Respondent disbarred. Settle order on notice.

GUIRIZINSKI, Appellant, v. AMERICAN RADIATOR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Bernhardt Guirizinski against the American Radiator Company.
PER CURIAM. Judgment affirmed, with costs. See, also, 151 N. Y. Supp. 1120.
LAMBERT and MERRELL, JJ., dissent.

GUTTA PERCHA & RUBBER MFG. CO., Appellant, v. HOLMAN, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Gutta Percha & Rubber Manufacturing Company against Charles J. Holman, as treasurer, etc. F. Pierce, of New York City, for appellant. W. L. Fisher, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1088.

G. W. MARTIN & BRO., Appellant, v. SHELLHOOS, Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by G. W. Martin & Bro. against Elizabeth Shellhoos. F. Taylor, of New York City, for appellant. P. Cantline, of Newburgh, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

HAAKENSON, Appellant, v. ADAM REINHARDT & BROS., Respondents, et al. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Daniel Haakenson against Adam Reinhardt & Bros., impleaded with others. H. C. Smyth, of New York City, for appellant. E. P. Mowton, of New York City, for respondents.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

HAGARTY, Respondent, v. MOYKA et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 1, 1915.) Action by Helen Josephine Hagarty against John Moyka and another.
PER CURIAM. Without expressing an opinion as to whether the complaint states a cause of action, we are of opinion that the answer puts in issue the allegations of the complaint, and it cannot be regarded as frivolous. The order is therefore reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

HAGMAYER v. NOVELTY STAMP CO. (Supreme Court, Appellate Division. First Department. April 30, 1915.) Action by Catherine Hagmayer against the Novelty Stamp Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 1004.

HALSTED, Appellant, v. SIMMONS, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Florence Halsted against Julia G. Simmons. M. L. Towns, of New York City, for appellant. W. W. Foster, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to amend on payment of costs. Order filed. See, also, 151 N. Y. Supp. 1120.

HAMER, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Emily V. Hamer against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re HAMMOND. (Supreme Court, Appellate Division, First Department. April 30, 1915.) In the matter of James B. Hammond, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 163 App. Div. 877, 147 N. Y. Supp. 884.